[No. 25431-0-II.   Division Two.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. S.D., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-8-00365-9, Tracy L. Mitchell, J. Pro Tem., entered December 20, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25019-5-II.   Division Two.   February 2, 2001.]

THEODORE P. HUNTER, ET AL., *Appellants*, v. THE CITY OF BAINBRIDGE ISLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-00785-1, William J. Kamps, J., entered August 3, 1999. *Affirmed* by unpublished opinion per Wood, J. Pro Tem., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25640-1-II.   Division Two.   February 2, 2001.]

THE DEPARTMENT OF ECOLOGY, *Respondent*, v. ALLIED AQUATICS OF WASHINGTON, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02314-2, Gary Tabor, J., entered February 18, 2000. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Seinfeld, J.